IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J.L., a student, and S.L. and M.L., his parents, | Case No. 3:23-cv-00516 |
| Plaintiffs, | Judge Aleta A. Trauger |
| v. | |
| WILLIAMSON COUNTY BOARD OF EDUCATION, | |
| Defendant. | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiffs' Motion for Judgment (Doc. No. 53) is **DENIED** and the plaintiffs' claims are **DISMISSED**.

The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge